ACCEPTED
12-15-00246-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/11/2015 4:49:03 PM
Pam Estes
CLERK

**ROBERT M. MINTON**
**DAVID P. BROWN**

**PHONE**  (903) 657-3543
**FAX**    (903) 657-3545

## MINTON & BROWN, PLLC
### ATTORNEYS AT LAW
HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING
**134 NORTH MARSHALL STREET**
**P. O. BOX 1688**
**HENDERSON, TEXAS 75653-1688**
E-Mail: mintonbrown@suddenlinkmail.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/11/2015 4:49:03 PM
PAM ESTES
Clerk

November 11, 2015

Honorable Pam Estes, Clerk
Twelfth Court of Appeals
1517 W. Front St., Ste. 354
Tyler, TX  75702

> RE:  **Estate of Willie Sue Hammack, Deceased; 12[th] Court of Appeals Case No. 12-15-00246-CV**

Dear Ms. Estes:

Enclosed please find the following:

1.  Amended Notice of Appeal, with proper construction, removing defects in the prior Notice of Appeal.
2.  Motion for Reinstatement of Appeal
3.  Joint Motion for Extension of Time to File Appellants' Brief
4.  Rule 11 Agreement (the Joint Motion and Rule 11 Agreement should not require Certificate of Service)

We request that you file these of record in this proceedings and present the Motion for Reinstatement of Appeal, and Joint Motion to Extend Time to File Brief to the Court.

The fees due and payable should be $175.00 for filing fees, and $10.00 for each Motion, or a total of $195.00.  If this is incorrect, please let us know.

Yours very truly,
**MINTON & BROWN, PLLC**

Robert M. Minton

RMMrla

CC:  Russell R. Smith
     Christopher Hughes
     P. O. Drawer 631668
     Nacogdoches, TX  75963-1668